B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | U.S. BANKRUPTCY COURT **ADVERSARY PROCEEDING NUMBER** (Court Use Only) 2021 SEP 16 P 12: 28 |
|---|---|

| **PLAINTIFFS** Kenneth Virgile | **DEFENDANTS** Stephen D. Cole, Jr. |
|---|---|

| **ATTORNEYS** (Firm Name, Address, and Telephone No.) pro se | **ATTORNEYS** (If Known) Marques C Lipton, Esq., Lipton Law Group, LLC 945 Concord Street Framingham, MA 01701 |
|---|---|

| **PARTY** (Check One Box Only) ☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin ☑ Creditor     ☐ Other ☐ Trustee | **PARTY** (Check One Box Only) ☑ Debtor     ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor     ☐ Other ☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Objection to Dischargeability of Debt (11 USC 523(a)(2)(A))

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| **FRBP 7001(1) – Recovery of Money/Property** | **FRBP 7001(6) – Dischargeability (continued)** |
|---|---|
| ☐ 11-Recovery of money/property – §542 turnover of property | ☐ 61-Dischargeability – §523(a)(5), domestic support |
| ☐ 12-Recovery of money/property – §547 preference | ☐ 68-Dischargeability – §523(a)(6), willful and malicious injury |
| ☐ 13-Recovery of money/property – §548 fraudulent transfer | ☐ 63-Dischargeability – §523(a)(8), student loan |
| ☐ 14-Recovery of money/property – other | ☐ 64-Dischargeability – §523(a)(15), divorce or separation obligation |
| | (other than domestic support) |
| **FRBP 7001(2) – Validity, Priority or Extent of Lien** | ☐ 65-Dischargeability – other |
| ☐ 21-Validity, priority or extent of lien or other interest in property | |
| | **FRBP 7001(7) – Injunctive Relief** |
| **FRBP 7001(3) – Approval of Sale of Property** | ☐ 71-Injunctive relief – imposition of stay |
| ☐ 31-Approval of sale of property of estate and of a co-owner – §363(h) | ☐ 72-Injunctive relief – other |
| | |
| **FRBP 7001(4) – Objection/Revocation of Discharge** | **FRBP 7001(8) Subordination of Claim or Interest** |
| ☐ 41-Objection / revocation of discharge - §727(c),(d),(e) | ☐ 81-Subordination of claim or interest |
| | |
| **FRBP 7001(5) – Revocation of Confirmation** | **FRBP 7001(9) Declaratory Judgment** |
| ☐ 51-Revocation of confirmation | ☐ 91-Declaratory judgment |
| | |
| **FRBP 7001(6) – Dischargeability** | **FRBP 7001(10) Determination of Removed Action** |
| ☐ 66-Dischargeability – §523(a)(1),(14),(14A) priority tax claims | ☐ 01-Determination of removed claim or cause |
| ☑ 62-Dischargeability – §523(a)(2), false pretenses, false representation, actual fraud | **Other** |
| ☐ 67-Dischargeability – §523(a)(4), fraud as fiduciary, embezzlement, larceny | ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.* |
| | ☐ 02-Other (e.g. other actions that would have been brought in state court |
| (continued next column) | if unrelated to bankruptcy case) |

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $447,764.05 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Stephen D. Cole, Jr. | BANKRUPTCY CASE NO.<br>21-10465 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Massachusetts | DIVISION OFFICE<br>Eastern/Boston | NAME OF JUDGE<br>Panos |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>Kenneth E Virgile | | |
| DATE<br>September 15, 2021 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Kenneth Virgile | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

U.S. BANKRUPTCY COURT

2021 SEP 16 P 12: 28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

Chapter 7
Case No.: 21-10465

Adversary Proceeding No.:

STEPHEN D. COLE, JR.
Debtor

_____

KENNETH VIRGILE,
　　　　Plaintiff

v.

STEPHEN D. COLE, JR.,
　　　　Defendant

## COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. §523

### NATURE OF THE CASE

Plaintiff Kenneth Virgile, self-represented, files this Complaint objecting to the dischargeability of a debt owed to the Plaintiff by the Debtor, Stephen D. Cole, pursuant to 11 U.S.C. §523.

### PARTIES

1. The Plaintiff, Kenneth Virgile (hereinafter, "Plaintiff" or "Virgile") is an individual residing at 23 Edgewood Road, Lexington, Massachusetts.

2. The Defendant, Stephen D. Cole (hereinafter "Cole" or "Defendant") is an individual residing at 45 Balfour Street, Lexington, Massachusetts. Cole is the Debtor in the above-captioned Chapter 7 Bankruptcy case.

1

## JURISDICTION AND VENUE

3.  The Defendant filed a petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Code") on April 2, 2021.

4.  Among the Debts listed on the Debtor's Schedule F was a disputed debt to the Plaintiff in the amount of $538,876.15. The Debtor described the basis of the debt in his Schedule F as a "business loan".

5.  In June 2021, Virgile filed a new claim for $560,048.41, along with documentation as to why the debt must not be discharged. See **Exhibit 1**, the new debt filing with the court. The filing was clear that this debt was a "new" claim; however, Virgile received no notice from the court or Cole about the new claim and its dischargeability, until September 13, 2021, when the attorney for Cole informed Virgile that Cole would be asking for all the debt to be discharged. In fact, Cole had previously assured Virgile on multiple occasions that the debt to Virgile would be paid, and Cole started making debt payments to Virgile on the day after the bankruptcy was filed. Such actions by Cole might not have been intended to deceive Virgile about Cole's intention to discharge the debt; however, nonetheless, the actions did deceive Virgile. Accordingly for the reasons above, Virgile is asking the court to consider this objection to dischargeability now.

6.  Joseph G. Butler, Esquire is the duly appointed and serving Chapter 7 Trustee in the Debtors' Chapter 7 bankruptcy case.

7.  The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334. Venue is appropriate in this Court pursuant to 28 USC §1409.

2

8. This adversary proceeding is a core proceeding under 28 USC §157 (b) (2) arising under section 523 of the Bankruptcy Code and Rule 7001 *et seq.*, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## FACTS

9. In May 2019, Cole requested to Virgile for money that Cole would need if Cole was the successful bidder to do the Colliers project for Atlantic Management, which managed multiple properties. Cole stated it was to be a tremendously profitable project for Cole, but Atlantic Management would not make any progress payments and so the money would be needed as the work progressed to pay the subcontractors and buy materials. Cole stated that none of Cole's employees would be working on the Colliers project; Cole himself would be doing supervision of the subcontractors. Cole stated that the money would only be used to pay for the subcontractors and materials for the Colliers project.

10. Cole stated he had done prior work for Atlantic Management, and payment by Atlantic Management was reliable, especially because Cole's brother-in-law worked for Atlantic Management. For the Colliers project, as soon as Cole received payment from Atlantic Management, Cole said he would send payment to Virgile.

11. Cole estimated the amount needed to be $185,000 for the Colliers project with possible add-ons being extra. See **Exhibit 2**, which is email from Cole to Virgile with Cole's estimate of expenses for specified subcontractors, and Virgile's comments. Cole estimated the project to be completed by July 2019. The interest rate was to be 12% APR. Cole and Virgile agreed that Virgile would hold the

3

money and dispense to Cole as it was needed. See **Exhibit 3**, which is Virgile's ledger for the Colliers funding that identifies all of the requests for payments to Cole for specific work for the Colliers project. See **Exhibit 4**, which is a copy of the checks from Virgile to Cole to fund the Colliers project for payments that Cole had stated were for subcontractors. See **Exhibit 5**, which is a copy of Virgile's credit card statements that include charges that Cole had claimed were for materials for the Colliers project. Interest computation would begin on May 24, 2019, regardless of when money was dispensed to Cole. See **Exhibit 6**, which is email from Virgile to Cole outlining the terms of the loan.

12. This type of loan was similar to the loan from Virgile to Cole for the GE Healthcare project for Atlantic Management. In May 2019, that project had just completed according to Cole, and the repayment by Cole for that project would be used to initially fund the Colliers project.

13. According to Cole in September 2019, the Colliers project and major add-ons were completed; however, Cole stated that he was unable to get a quick payment from Atlantic Management because the amount due was very large. In December 2019, Cole stated that he had no funds to pay Virgile, and Cole admitted to multiple intentional misrepresentations to Virgile, including the following. Cole disclosed that not only did he not use the funds from Virgile to pay for the Colliers project, but that he never had any intention to use the money from Virgile to pay for the Colliers project. See **Exhibit 7**, which is an email and letter from Cole to Virgile that identifies how Cole spent the funds from Virgile. Those

4

expenditures are itemized as being for multiple purposes, none of which were
related to the Colliers project.

14. In December 2019, Cole proposed that he pay Virgile $5000 every week for about
2 years to pay Virgile back. A few days later, Cole created a repayment plan of
weekly payments of $2800.66 for approximately 4 years, utilizing a spreadsheet to
re-compute the balance every week until the debt was repaid in full. On December
16, 2019, Cole emailed the spreadsheet (see **Exhibit 7**) along with an explanation
of how Cole thought Virgile's money was used, with none of the money being
used for the Colliers project. Cole then paid Virgile $2800.00 on December 18,
2019, and requested that payments of $2800.00 be made every Friday, so Virgile
made corresponding adjustments to the spreadsheet and sent it back to Cole on
December 19, 2019.

15. Cole made one subsequent payment of $2800 (split into separate sub-payments of
$2700 and $100), and then payments stopped until late in 2020.

16. There were also unauthorized uses of Virgile's credit card information. See
**Exhibit 5**, which has itemizations of charges on Virgile's credit card that includes
unauthorized charges made by Cole after Cole reported that the Colliers project
had ended. Cole repaid Virgile for one use, but not the other uses. Cole made one
attempt at repayment to Virgile using a bank check that was returned for
insufficient funds. See **Exhibit 8**, which is a copy of Virgile's bank statement
detailing the returned check.

17. As of April 2, 2021 (when the bankruptcy was filed), the total outstanding balance
of the debt was $560,048.41, which consisted of $473,762.05 (principal) less

5

$23,698.00 (payments towards principal) plus $109,984.36 accumulated interest (none of which had been paid). Immediately after the bankruptcy filing, beginning on April 3, 2021, Cole began making payments to Virgile. See **Exhibit 9**, which is Virgile's ledger of payments received from Cole until the bankruptcy filing. See **Exhibit 10**, which is a bank activity statement showing all of the payments from Cole in 2021 after the bankruptcy filing. A total of 14 payments were made after the bankruptcy filing, totaling $2,300.

## NON-DISCHARGEABILITY OF DEBT
### 11 USC §523(a)(2)(A)

18. The Plaintiff repeats and realleges the allegations set forth in paragraphs 1-17 of this Complaint as if set forth fully herein.

19. Bankruptcy Code section 523(a)(2)(A) provides that a discharge under section 727 of the Bankruptcy Code does not discharge an individual debtor from "any debt… for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by—false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition."

20. Cole made numerous misrepresentations to Virgile prior to Virgile's acceptance of the business arrangement. In fact, contrary to his representations, Cole had no intention of working on the specified project and therefore no possibility of receiving payment for completion of the specified project, knowingly made those false representations to induce Virgile to enter into the business arrangement.

6

21. Cole instead obtained Virgile's funds by false pretenses, and retained those funds without using them for the specified project.

22. The foregoing representations by Cole were made by Cole with knowledge of their falsity, in reckless disregard of the truth.

23. The foregoing false representations by Cole were made with the intention to deceive Virgile and they did deceive Virgile.

24. Cole intended to induce Virgile to rely upon his false representations as set forth above.

25. Virgile actually relied upon Cole's false representations and in reliance thereon paid Cole the requested monies.

26. Virgile's reliance on Cole's false representations was justifiable.

27. As a result of Virgile's reliance on Cole's false representations Virgile suffered damage, including without limitation the loss of those funds remitted to Cole.

28. Cole obtained Virgile's money, which was earmarked for a specific project with a reliable reimbursement, by means of false pretenses, false representations, and actual fraud.

29. Pursuant to 11 U.S.C. §523(a)(2)(A), the Plaintiff respectfully requests that this Court determine that the Defendant's debt to Cole is non-dischargeable.

## **RESERVATION OF RIGHTS**

During the course of this adversary proceeding, the Plaintiff may learn (through discovery or otherwise) of additional grounds to support the

7

nondischargeability of the Defendant's debt to the Plaintiff or other related causes of action or matters. The Plaintiff reserves its right to amend this original Complaint to include, among other things: (i) further information on the facts alleged herein and the Counts asserted by Plaintiff; (ii) additional grounds for non-dischargeability under section 523 of the Bankruptcy Code; and/or (iii) additional causes of action (collectively, the "Amendments"), that may become known to the Plaintiff at any time during this adversary proceeding, through formal discovery or otherwise, and for the Amendments to relate back to this original Complaint.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, Kenneth Virgile, requests that this Court enter Judgment in favor of the Plaintiff and against the Defendant, Stephen D. Cole:

A.   Excepting from discharge the Defendants' indebtedness to Plaintiff Kenneth Virgile as set forth in this complaint pursuant to 11 U.S.C. §523(a)(2)(A);

B.   For actual damages suffered by Plaintiff Kenneth Virgile. The actual damages are the principal less all payments made by Cole, which totals $447,764.05. Interest is not to be included as part of the actual damages.

Dated: 9/15/2021                    Respectfully submitted,
                                    Kenneth Virgile,

                                    *Kenneth E Virgile*

                                    Kenneth Virgile
                                    23 Edgewood Road. Lexington MA  02420
                                    (781) 572-7181
                                    kvirgile@gmail.com

8

EXHIBIT 1

**Fill in this information to identify the case:**

Debtor 1   Stephen Cole

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Massachusetts**

Case number:  **21-10465**

FILED
U.S. Bankruptcy Court
District of Massachusetts

6/18/2021

Mary P. Sharon, Clerk

## Official Form 410
## Proof of Claim
04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

**Part 1:   Identify the Claim**

| | |
|---|---|
| **1.Who is the current creditor?** | Kenneth Virgile |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| **2.Has this claim been acquired from someone else?** | ☑ No  ☐ Yes. From whom? |
| **3.Where should notices and payments to the creditor be sent?** **Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)** | Where should notices to the creditor be sent?  Kenneth Virgile | Where should payments to the creditor be sent? (if different) |
| | Name  23 Edgewood Road  Lexington, MA 02420 | Name |
| | Contact phone _____7815727181_____ | Contact phone _____ |
| | Contact email _____kvirgile@gmail.com_____ | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): |
| **4.Does this claim amend one already filed?** | ☑ No  ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY |
| **5.Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No  ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |

| | | |
|---|---|---|
| 7. How much is the claim? | $ 560048.41 | **Does this amount include interest or other charges?** ☐ No ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

LOAND and UNAUTHORIZED CREDIT CARD USE

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.
   **Nature of property:**
   ☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:    $ _____

   Amount of the claim that is secured:    $ _____

   Amount of the claim that is unsecured:    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:    $ _____

   Annual Interest Rate (when case was filed)    _____ %

   ☐ Fixed
   ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |

| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
|---|---|---|
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571. | Check the appropriate box: |
|---|---|

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date      6/18/2021
                      MM / DD / YYYY

/s/ Kenneth E Virgile

Signature

Print the name of the person who is completing and signing this claim:

Name        Kenneth E Virgile
            First name   Middle name   Last name

Title

Company
            Identify the corporate servicer as the company if the authorized agent is a servicer

Address     23 Edgewood Road
            Number   Street
            Lexington, MA 02420
            City   State   ZIP Code

Contact phone   7815727181      Email   kvirgile@gmail.com

To unsubscribe from the EPOC list, click the following link:
https://iris.nyed.circ2.dcn/cgi-bin/wa?SUBED1=EPOC&A=1

To unsubscribe from the EPOC list, click the following link:
https://iris.nved.circ2.dcn/cgi-bin/wa?SUBED1=EPOC&A=1

EXHIBIT 2

6/1/2021                                          Gmail - Colliers International

 Gmail                              Kenneth Virgile <kvirgile@gmail.com>

## Colliers International

2 messages

**Steve Cole** <steve@colehomeimprovement.com>          Tue, May 21, 2019 at 4:01 PM
To: Kenneth Virgile <Kvirgile@gmail.com>

Hi Ken,

Attached is the Estimator for the new Commercial Job that we are working on.

Thank You!!
Steve

📎 **Colliers International.xlsx**
15K

**Kenneth Virgile** <kvirgile@gmail.com>               Tue, May 21, 2019 at 4:12 PM
To: Steve Cole <steve@colehomeimprovement.com>

thanks - you used an old Estimator, you didn't put in any hours for Steve, you didn't change the credit card fee to zero.
[Quoted text hidden]

# Cole Home Improvement

Job names: Master

Estimate creation date: 1-Nov-18
Job completion date: 1-Dec-18
Total money collected: $0

| Job Estimator | (e.g. 0.25 x 2 hours) | Price | Number of Hours | | Job Close-out | Actual Hours | Proper Price |
|---|---|---|---|---|---|---|---|
| Number of 8-hour days for Steve | 0.000 | $0 | 0 | | Steve hours | 0.000 | $0 |
| Number of 8-hour days for Derrick | 0.000 | $0 | 0 | | Derrick hours | 0.000 | $0 |
| Number of 8-hour days for Leandro | 0.000 | $0 | 0 | | Leandro hours | 0.000 | $0 |
| Number of 8-hour days for Matt | 0.000 | $0 | 0 | | Matt hours | 0.000 | $0 |
| Number of 8-hour days for Walter | 0.000 | $0 | 0 | | Walter hours | 0.000 | $0 |
| Number of 8-hour days for Josh | 0.000 | $0 | 0 | | Josh hours | 0.000 | $0 |
| Number of 8-hour days for JoshuaV | 0.000 | $0 | 0 | | JoshuaV hours | 0.000 | $0 |
| Number of 8-hour days for Tom | 0.000 | $0 | | | Tom hours | 0.000 | $0 |
| Trash removal cost | $0 | $0 | | | Trash cost | | $0 |
| Material and Permits cost | $185,706 | $279,739 | | | Material cost | $185,706 | $229,739 |
| Subcontractor cost | $0 | $0 | | | Subcontractor | $0 | $0 |

Total Price: $229,739

Actual commission:
Total $229,739

Will customer pay more? Then increase here: New Price $279,739
Referral fee or Sales commission or leave as $0: Job Estimator $229,739

| Materials and Permits Estimate Total: | $185,706 | | | | Material and Permits Actual Total | 185705.6 |
|---|---|---|---|---|---|---|
| Administration | $1,840 | | | | | 13,840 hours |
| Demo | $4,160 | | | | | $4,160 hours |
| HVAC | $73,600 | | | | | $73,600 hours |
| Plumbing | $12,800 | | | | | $12,803 hours |
| Electrical | $16,160 | | | | | $16,160 hours |
| Flooring | $21,786 | | | | | $21,786 hours |
| Ceiling Tile | $10,240 | | | | | $10,240 hours |
| Carpentry | $73,520 | | | | | $73,520 hours |
| Plastering | $6,800 | | | | | $6,800 hours |
| Painting | $17,800 | | | | | $17,800 hours |

| Subcontractor Estimate Total: | $0 | | | | Subcontractor Actual Total | 0 |
|---|---|---|---|---|---|---|
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |
| description | $0 | | | | | $0 hours |

Additional Costs:

Credit card fee    3.09%    This results in 3% of total. Give customer a 3% discount on total bill if customer pays without a credit card.
$0  Compute and insert, as necessary if Cole has to pay this.
Subcontractor workmen's comp

Price increase for Trash, Material and Subcontractors    20.00%    Cole gets this % over Cole's cost.

Steve billable rate: 90
Derrick billable rate: 90
Leandro billable rate: 75
Matt billable rate: 65
Walter billable rate: 65
Josh billable rate: 90
JoshuaV billable rate: 60
Tom billable rate: 65

EXHIBIT 3

Atlantic Management, for
Colliers International
20 Commerce Way
Woburn, MA

| | |
|---|---|
| Start pre-May 25, 2019 | |
| Expected End Jul 26, 2019 | |
| Expected Payoff Aug 1, 2019 | |
| Actual Payoff: | |

Bid price: $229,739 plus $158,000 add-on
Expected funding need: $185,000 plus $172,000 add-on

| | |
|---|---|
| Exact total amount borrowed: | $419,767.96 |
| Loan start date: | 5/24/2019 |
| Loan end date (estimate): | 12/18/2019 |
| Total interest: | $28,705.23 |
| Total repayment amount: | $448,473.19 |
| Daily interest owed is this amount per day, including weekends and holidays, beginning on loan start date | $138.01 |

Paid by Ken:

| Date | Amount | Description |
|---|---|---|
| May 24, 2019 | $44,000.00 | paid by check to Steve Cole, for deposits to subcontractors |
| May 25, 2019 | $73,114.00 | transfer from GE payment to Steve Cole |
| May 31, 2019 | $30,000.00 | paid by check to Steve Cole |
| May 31, 2019 | $9,500.00 | visa charge by Friend Lumber |
| June 7, 2019 | $15,000.00 | paid by check to Steve Cole |
| June 8, 2019 | $11,343.28 | visa charge by Friend Lumber |
| June 8, 2019 | $4,004.31 | visa charge by Harvey |
| June 12, 2019 | $36,000.00 | paid by check to Steve Cole |
| June 17, 2019 | $10,635.06 | visa charge by Friend Lumber |
| June 19, 2019 | $30,000.00 | paid by check to Steve Cole |
| June 22, 2019 | $8,891.83 | visa charge by Friend Lumber |
| Jun 27, 2019 | $15,000.00 | paid by check to Steve Cole |
| Jun 28, 2019 | $4,831.25 | visa charge by Jet A Way Waste |
| Jul 3, 2019 | $5,213.28 | visa charge by Friend Lumber |
| Jul 16, 2019 | $12,983.44 | visa charge by Boston Basins |
| Jul 17, 2019 | $4,558.68 | visa charge by Friend Lumber |
| Jul 22, 2019 | $23,000.00 | paid by check to Steve Cole |
| Jul 25, 2019 | $3,000.00 | visa charge by Harvey |
| Jul 27, 2019 | $4,191.71 | visa charge by Friend Lumber |

| Date | Amount | Description |
|---|---|---|
| Jul 30, 2019 | $5,000.00 | paid by check to Steve Cole |
| Aug 9, 2019 | $7,000.00 | paid by check to Steve Cole |
| Aug 17, 2019 | $9,297.09 | visa charge by Friend Lumber |
| Aug 29, 2019 | $6,499.95 | visa charge by Friend Lumber |
| Sep 5, 2019 | $14,500.00 | paid by check to Steve Cole |
| Sep 6, 2019 | $5,805.00 | visa charge by Jet A Way Waste |
| Sep 7, 2019 | $5.00 | visa charge by Jet A Way Waste |
| Sep 9, 2019 | $6,542.92 | visa charge by Friend Lumber (estimate was $5,150.00) |
| Sep 12, 2019 | $470.00 | visa charge by Jet A Way Waste |
| Sep 13, 2019 | $15.00 | visa charge by Jet A Way Waste |
| Sep 23, 2019 | $6,738.43 | visa charge by Friend Lumber |
| Sep 26, 2019 | $5,000.00 | paid by check to Steve Cole |
| Oct 7, 2019 | $7,627.73 | visa charge by Friend Lumber |

| | |
|---|---|
| Total: | $419,767.96 |
| Subcontractors: | $297,614.00 |
| Materials: | $122,153.96 |

Paid by Steve:

| Date | Amount | Description |
|---|---|---|
| May 28, 2019 | $73,600.00 | HVAC - full payment |
| May 28, 2019 | $16,160.00 | Electrician - full payment of original |
| May 28, 2019 | $4,160.00 | Demolition - full payment |
| May 28, 2019 | $6,400.00 | Plumbing - 1/2 payment of original |
| May 28, 2019 | $10,240.00 | Ceiling tile - full payment |
| May 28, 2019 | $6,800.00 | Plasterer - full payment |
| May 31, 2019 | $4,267.00 | Painter - 1/3 payment of original |
| May 31, 2019 | $10,839.00 | Floor - 1/2 payment of original |
| May 31, 2019 | $7,840.00 | Carpenter - 1/3 payment of original |
| Jun 7, 2019 | $6,400.00 | Plumbing - balance of original |
| Jun 7, 2019 | $5,419.50 | Floor - 1/4 payment of original |
| Jun 7, 2019 | $2,134.00 | Painter - 1/6 payment of original |

| Date | Amount | Description |
|---|---|---|
| Jun 7, 2019 | $3,920.00 | Carpenter - 1/6 payment of original |
| Jun 14, 2019 | $5,419.50 | Floor - balance of original |
| Jun 14, 2019 | $5,750.00 | Floor - 1/2 payment of add-on |
| Jun 14, 2019 | $11,760.00 | Carpenter - balance of original |
| Jun 14, 2019 | $8,250.00 | Carpenter - deposit payment of add-on |
| Jun 14, 2019 | $3,250.00 | Plumbing - deposit payment of add-on |
| Jun 14, 2019 | $1,500.00 | Electrician - deposit payment of add-on |
| Jun 26, 2019 | $9,500.00 | Plumbing - additional add-on payment |
| Jun 26, 2019 | $1,500.00 | Electrician - additional add-on payment |
| Jun 26, 2019 | $8,250.00 | Carpenter - additional add-on payment |
| Jun 26, 2019 | $6,500.00 | Plasterer - full payment of add-on |
| Jul 3, 2019 | $8,000.00 | HVAC - full payment of add-on |
| Jul 3, 2019 | $4,000.00 | Electrician - additional add-on payment |
| Jul 3, 2019 | $5,000.00 | Plumbing - additional add-on payment |
| Jul 3, 2019 | $4,500.00 | Carpenter - additional add-on payment |
| Jul 26, 2019 | $5,750.00 | Floor - balance of add-on |
| Jul 26, 2019 | $4,500.00 | Electrician - balance of add-on |
| Jul 26, 2019 | $3,000.00 | Carpenter - additional add-on payment |
| Jul 26, 2019 | $7,200.00 | Carpenter - additional add-on payment |
| Aug 2, 2019 | $6,000.00 | Painting - additional add-on payment |
| September | $2,200.00 | Countertop |
| September | $2,000.00 | Carpenter - balance of add-on |
| September | $6,500.00 | Plumbing - balance of add-on |
| September | $14,500.00 | Carpenter (and others) - punch list |
| September | $5,000.00 | Carpenter (fine carpentry) |
| Total: | $298,009.00 | |

EXHIBIT 4

 **Merrill Lynch** | **Bank of America**

KENNETH E VIRGILE  |  Account #                |  November 1, 2018 to November 30, 2018

## Check images

**Account number:**

Check number: 2227  |  Amount:  $20,000.00





 **Merrill Lynch** | **Bank of America**

KENNETH E VIRGILE   |   Account #                    |   January 1, 2019 to January 31, 2019

## Check images
**Account number:**

Check number: 2235   |   Amount:  $15,000.00

   

Merrill Lynch | Bank of America

KENNETH E VIRGILE  |  Account #              | February 1, 2019 to February 28, 2019

## Check images
**Account number:**

Check number: 2238  |  Amount:  $10,000.00




continued on the next page

**Merrill Lynch** | **Bank of America**

KENNETH E VIRGILE   |   Account #        |   February 1, 2019 to February 28, 2019

## Check images - continued

**Account number:**
Check number: 2241   |   Amount:  $8,000.00



 **Merrill Lynch** | **Bank of America**

KENNETH E VIRGILE  |  Account #   |  May 1, 2019 to May 31, 2019

## Check images
**Account number:**

Check number: 2249  |  Amount:  $44,000.00





Check number: 2250  |  Amount:  $30,000.00







KENNETH E VIRGILE   |   Account #          |   June 1, 2019 to June 28, 2019

## Check images
Account number:

Check number: 2253   |   Amount: $15,000.00




Check number: 2254   |   Amount: $36,000.00



Check number: 2256   |   Amount: $30,000.00



continued on the next page

Merrill Lynch | Bank of America

KENNETH E VIRGILE  |  Account #          |  June 1, 2019 to June 28, 2019

## Check images – continued

**Account number:**
Check number: 2258  |  Amount:  $15,000.00







KENNETH E VIRGILE | Account #              | June 29, 2019 to July 31, 2019

## Check images
**Account number:**

Check number: 2267  |  Amount: $10,000.00





*continued on the next page*

**Merrill Lynch** | **Bank of America**

KENNETH E VIRGILE | Account # | June 29, 2019 to July 31, 2019

## Check images - continued

**Account number:**
Check number: 2268 | Amount: $13,000.00





Check number: 2269 | Amount: $5,000.00





**Merrill Lynch** | **Bank of America**

KENNETH E VIRGILE   |   Account #                    |   August 1, 2019 to August 30, 2019

## Check images
**Account number:**

Check number: 2271   |   Amount:  $7,000.00




 

KENNETH E VIRGILE  |  Account #          |  August 31, 2019 to September 30, 2019

## Check images
**Account number:**

Check number: 2278  |  Amount:  $14,500.00

 

*continued on the next page*



KENNETH E VIRGILE | Account # | August 31, 2019 to September 30, 2019

## Check images - continued
**Account number:**

Check number: 2283 | Amount: $5,000.00




EXHIBIT 5

KENNETH E VIRGILE   |   Account #                    |   January 29 - February 28, 2019

## Transactions Continued

| Transaction Date | Posting Date | Description | | | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | | | |
| 02/19 | 02/20 | PRO SOURCE OF NEW ENGLANDWOBURN | | MA | 8796 | 1567 | 9,312.41 | |
| 02/25 | 02/26 | SQ *GEMINI STONE | Medford | MA | 9593 | 1567 | 3,624.88 | |

KENNETH E VIRGILE  |  Account #          |  March 1 - March 28, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 03/16 | 03/18 | PRO SOURCE OF NEW ENGLAND781-575-9951 MA | 3893 | 1567 | 2,727.82 | |

KENNETH E VIRGILE  |  Account #                    |  May 29 - June 28, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 05/31 | 06/03 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0192 | 1567 | 9,500.00 | |
| 06/06 | 06/08 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0349 | 1567 | 11,343.28 | |
| 06/07 | 06/08 | HARVEY BP CORP HQ 90    781-899-3500 MA | 0056 | 1567 | 4,004.31 | |
| 06/14 | 06/17 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0655 | 1567 | 10,635.06 | |
| 06/20 | 06/22 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0339 | 1567 | 8,891.83 | |

continued on next page

KENNETH E VIRGILE  |  Account #                    |  May 29 - June 28, 2019

## Transactions Continued

| Transaction Date | Posting Date | Description | | | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | | | |
| 06/27 | 06/28 | JET A WAY WASTE | ABINGTON | MA | 0504 | 1567 | 4,831.25 | |

KENNETH E VIRGILE  |  Account #          |  June 29 - July 28, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 07/01 | 07/03 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0617 | 1567 | 5,213.28 | |
| 07/15 | 07/16 | BOSTON BASINS INC      781-933-2545 MA | 4874 | 1567 | 12,983.44 | |
| 07/15 | 07/17 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0211 | 1567 | 4,558.68 | |

continued on next page...

KENNETH E VIRGILE | Account # | June 29 - July 28, 2019

## Transactions Continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 07/24 | 07/25 | HARVEY BP CORP HQ 90   781-899-3500 MA | 0017 | 1567 | 3,000.00 | |
| 07/25 | 07/27 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0186 | 1567 | 4,191.71 | |

KENNETH E VIRGILE  |  Account #          |  July 29 - August 28, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 08/15 | 08/17 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0175 | 1567 | 9,297.09 | |

KENNETH E VIRGILE   |   Account #                    |   August 29 - September 28, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 08/27 | 08/29 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0433 | 1567 | 6,499.95 | |
| 09/05 | 09/06 | JET A WAY WASTE      ABINGTON    MA | 6556 | 1567 | 5,780.00 | |
| 09/05 | 09/06 | JET A WAY WASTE      ABINGTON    MA | 6630 | 1567 | 20.00 | |
| 09/05 | 09/06 | JET A WAY WASTE      ABINGTON    MA | 6713 | 1567 | 5.00 | |
| 09/06 | 09/07 | JET A WAY WASTE      ABINGTON    MA | 2233 | 1567 | 5.00 | |
| 09/06 | 09/09 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0356 | 1567 | 6,542.92 | |
| 09/11 | 09/12 | JET A WAY WASTE      ABINGTON    MA | 4938 | 1567 | 470.00 | |
| 09/12 | 09/13 | JET A WAY WASTE      ABINGTON    MA | 9099 | 1567 | 15.00 | |
| 09/20 | 09/23 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0571 | 0565 | 6,738.43 | |

KENNETH E VIRGILE  |  Account #                    |  September 29 - October 28, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 10/04 | 10/07 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0332 | 0565 | 7,627.73 | |

KENNETH E VIRGILE  |  Account #                |  November 29 - December 28, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 11/26 | 11/29 | **Purchases and Adjustments**<br>FRIEND BUILDING CENTER  BURLINGTON   MA | 0589 | 0565 | 7,155.94 | |

continued on next page

KENNETH E VIRGILE  |  Account #                    |  November 29 - December 28, 2019

## Transactions Continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 12/11 | 12/13 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0118 | 0565 | 7,000.00 | |

KENNETH E VIRGILE  |  Account #            |  December 29 - January 28, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 12/31 | 01/02 | FRIEND BUILDING CENTER  BURLINGTON  MA | 0066 | 0565 | 13,426.36 | |
| 01/02 | 01/03 | BOSTON BASINS INC  781-933-2545 MA | 9454 | 0565 | 11,903.46 | |

KENNETH E VIRGILE   |   Account #                    |   January 29 - February 28, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 01/28 | 01/29 | JET A WAY WASTE      ABINGTON    MA | 0259 | 0565 | 4,140.00 | |
| 01/28 | 01/30 | CLEAN PORTABLE RESTR   508-5839500  MA | 8422 | 0565 | 889.00 | |
| 02/03 | 02/05 | FRIEND BUILDING CENTER  BURLINGTON   MA | 0298 | 0565 | 8,508.33 | |

1

~

0

KENNETH E VIRGILE  |  Account #                |  February 29 - March 28, 2020

## Transactions

| Transaction Date | Posting Date | Description | | | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | | | |
| 03/10 | 03/11 | JET A WAY WASTE | ABINGTON | MA | 7208 | 0565 | 6,000.00 | |

EXHIBIT 6

 Gmail                                                    Kenneth Virgile <kvirgile@gmail.com>

## CHI Funding for Collier International

**Kenneth Virgile** <kvirgile@gmail.com>                                Tue, May 21, 2019 at 5:34 PM
To: Steve Cole <steve@colehomeimprovement.com>
Bcc: Kenneth Virgile <kvirgile@gmail.com>

This email is the agreement between CHI (Cole Home Improvement) and KEN (Kenneth Virgile). This agreement is for the funding of the PROJECT (Atlantic Management's Collier International remodeling).

The expectation is that CHI will perform the PROJECT, beginning shortly before May 21, 2019. CHI will complete the PROJECT on June 30, 2019 and be paid $229,739 by Atlantic Management about 1 week after the PROJECT completion.

KEN will supply up to $185,000 in funding to CHI for the PROJECT. The expectation is that the $185,000 will be sufficient to cover all of CHI's expenses in conjunction with the PROJECT. Whenever possible with no credit card surcharge, KEN will supply the funding of materials via KEN's credit card; however, it is expected that all subcontractors will purchase all materials without KEN's credit card. KEN will supply the remaining funding via checks to CHI, to be delivered shortly before CHI requires. The first check should be for $44,000 and delivered on May 25. KEN will supply an additional $73,114 on May 25, by way of allowing CHI to retain that same amount which is owed to KEN and is received by CHI on May 25.

When CHI receives payment from Atlantic Management, CHI will repay KEN whatever funding had been provided, plus an additional $61 per day since May 25. KEN will provide a receipt to CHI, detailing the repayment.

KEN agrees to this agreement. CHI shall reply to this email to indicated acceptance.

EXHIBIT 7

6/1/2021                                                    Gmail - hello

 Gmail                                     Kenneth Virgile <kvirgile@gmail.com>

## hello
2 messages

**Steve Cole** <steve@colehomeimprovement.com>                    Mon, Dec 16, 2019 at 1:56 PM
To: Kenneth Virgile <Kvirgile@gmail.com>

Hi Ken,

This is what I have been working on today and what I have so far.

Steve

--
Steve Cole
(978)995-9477
steve@colehomeimprovement.com

 **Letter to Ken.docx**
30K

**Kenneth Virgile** <kvirgile@gmail.com>                         Mon, Dec 16, 2019 at 2:41 PM
To: Steve Cole <steve@colehomeimprovement.com>

Yes, a 4-year plan is ok. Two additional conditions:
1. Whenever you go to a form of therapy (e.g., AAA meeting or meet with somebody from AAA), you text/emal/call Helene
to let her know how things are going. This contact with Helene does not have to be on exactly the same day as the
session.
2. Tom sends me a company status report every month. The format can be whatever you/he choose. The idea is that
somebody can look at the report and easily see if there are issues that need to be addressed.

There's a slight error in your table. Hard to describe in writing, so call me or just trust me. I've attached my version of the
table (it has slightly different columns).
You need to pay exactly $2800 (no cents) every Wednesday beginning 12/18.
The final payment (payment 208 on 12/6/2023) will be less than the regular payment. That final payment will be
$1443.04.
[Quoted text hidden]

 **C.H.I. Repayment.xlsx**
25K

| | | | | |
|---|---|---|---|---|
| 35 | $401,269.93 | $922.47 | $1,878.20 | $399,391.74 |
| 36 | $399,391.74 | $918.15 | $1,882.52 | $397,509.22 |
| 37 | $397,509.22 | $913.82 | $1,886.84 | $395,622.38 |
| 38 | $395,622.38 | $909.48 | $1,891.18 | $393,731.20 |
| 39 | $393,731.20 | $905.14 | $1,895.53 | $391,835.67 |
| 40 | $391,835.67 | $900.78 | $1,899.89 | $389,935.78 |
| 41 | $389,935.78 | $896.41 | $1,904.25 | $388,031.53 |
| 42 | $388,031.53 | $892.03 | $1,908.63 | $386,122.90 |
| 43 | $386,122.90 | $887.65 | $1,913.02 | $384,209.88 |
| 44 | $384,209.88 | $883.25 | $1,917.42 | $382,292.46 |
| 45 | $382,292.46 | $878.84 | $1,921.82 | $380,370.64 |
| 46 | $380,370.64 | $874.42 | $1,926.24 | $378,444.39 |
| 47 | $378,444.39 | $869.99 | $1,930.67 | $376,513.72 |
| 48 | $376,513.72 | $865.56 | $1,935.11 | $374,578.61 |
| 49 | $374,578.61 | $861.11 | $1,939.56 | $372,639.06 |
| 50 | $372,639.06 | $856.65 | $1,944.02 | $370,695.04 |
| 51 | $370,695.04 | $852.18 | $1,948.49 | $368,746.56 |
| 52 | $368,746.56 | $847.70 | $1,952.96 | $366,793.59 |
| 53 | $366,793.59 | $843.21 | $1,957.45 | $364,836.14 |
| 54 | $364,836.14 | $838.71 | $1,961.95 | $362,874.18 |
| 55 | $362,874.18 | $834.20 | $1,966.46 | $360,907.72 |
| 56 | $360,907.72 | $829.68 | $1,970.99 | $358,936.73 |
| 57 | $358,936.73 | $825.15 | $1,975.52 | $356,961.22 |
| 58 | $356,961.22 | $820.61 | $1,980.06 | $354,981.16 |
| 59 | $354,981.16 | $816.06 | $1,984.61 | $352,996.55 |
| 60 | $352,996.55 | $811.49 | $1,989.17 | $351,007.38 |
| 61 | $351,007.38 | $806.92 | $1,993.74 | $349,013.63 |
| 62 | $349,013.63 | $802.34 | $1,998.33 | $347,015.30 |
| 63 | $347,015.30 | $797.74 | $2,002.92 | $345,012.38 |
| 64 | $345,012.38 | $793.14 | $2,007.53 | $343,004.85 |

| | | | | |
|---|---|---|---|---|
| 65 | $343,004.85 | $788.52 | $2,012.14 | $340,992.71 |
| 66 | $340,992.71 | $783.90 | $2,016.77 | $338,975.95 |
| 67 | $338,975.95 | $779.26 | $2,021.40 | $336,954.54 |
| 68 | $336,954.54 | $774.61 | $2,026.05 | $334,928.49 |
| 69 | $334,928.49 | $769.96 | $2,030.71 | $332,897.78 |
| 70 | $332,897.78 | $765.29 | $2,035.38 | $330,862.41 |
| 71 | $330,862.41 | $760.61 | $2,040.06 | $328,822.35 |
| 72 | $328,822.35 | $755.92 | $2,044.75 | $326,777.61 |
| 73 | $326,777.61 | $751.22 | $2,049.45 | $324,728.16 |
| 74 | $324,728.16 | $746.51 | $2,054.16 | $322,674.00 |
| 75 | $322,674.00 | $741.79 | $2,058.88 | $320,615.12 |
| 76 | $320,615.12 | $737.05 | $2,063.61 | $318,551.51 |
| 77 | $318,551.51 | $732.31 | $2,068.36 | $316,483.15 |
| 78 | $316,483.15 | $727.55 | $2,073.11 | $314,410.04 |
| 79 | $314,410.04 | $722.79 | $2,077.88 | $312,332.17 |
| 80 | $312,332.17 | $718.01 | $2,082.65 | $310,249.51 |
| 81 | $310,249.51 | $713.22 | $2,087.44 | $308,162.07 |
| 82 | $308,162.07 | $708.42 | $2,092.24 | $306,069.83 |
| 83 | $306,069.83 | $703.61 | $2,097.05 | $303,972.78 |
| 84 | $303,972.78 | $698.79 | $2,101.87 | $301,870.91 |
| 85 | $301,870.91 | $693.96 | $2,106.70 | $299,764.20 |
| 86 | $299,764.20 | $689.12 | $2,111.55 | $297,652.66 |
| 87 | $297,652.66 | $684.26 | $2,116.40 | $295,536.26 |
| 88 | $295,536.26 | $679.40 | $2,121.27 | $293,414.99 |
| 89 | $293,414.99 | $674.52 | $2,126.14 | $291,288.85 |
| 90 | $291,288.85 | $669.63 | $2,131.03 | $289,157.82 |
| 91 | $289,157.82 | $664.74 | $2,135.93 | $287,021.89 |
| 92 | $287,021.89 | $659.83 | $2,140.84 | $284,881.05 |
| 93 | $284,881.05 | $654.90 | $2,145.76 | $282,735.29 |
| 94 | $282,735.29 | $649.97 | $2,150.69 | $280,584.60 |

| | | | |
|---|---|---|---|
| 95 | $280,584.60 | $645.03 | $2,155.64 | $278,428.96 |
| 96 | $278,428.96 | $640.07 | $2,160.59 | $276,268.37 |
| 97 | $276,268.37 | $635.10 | $2,165.56 | $274,102.81 |
| 98 | $274,102.81 | $630.13 | $2,170.54 | $271,932.27 |
| 99 | $271,932.27 | $625.14 | $2,175.53 | $269,756.74 |
| 100 | $269,756.74 | $620.14 | $2,180.53 | $267,576.21 |
| 101 | $267,576.21 | $615.12 | $2,185.54 | $265,390.67 |
| 102 | $265,390.67 | $610.10 | $2,190.57 | $263,200.10 |
| 103 | $263,200.10 | $605.06 | $2,195.60 | $261,004.50 |
| 104 | $261,004.50 | $600.02 | $2,200.65 | $258,803.85 |
| 105 | $258,803.85 | $594.96 | $2,205.71 | $256,598.14 |
| 106 | $256,598.14 | $589.89 | $2,210.78 | $254,387.36 |
| 107 | $254,387.36 | $584.80 | $2,215.86 | $252,171.50 |
| 108 | $252,171.50 | $579.71 | $2,220.96 | $249,950.55 |
| 109 | $249,950.55 | $574.60 | $2,226.06 | $247,724.49 |
| 110 | $247,724.49 | $569.49 | $2,231.18 | $245,493.31 |
| 111 | $245,493.31 | $564.36 | $2,236.31 | $243,257.00 |
| 112 | $243,257.00 | $559.22 | $2,241.45 | $241,015.55 |
| 113 | $241,015.55 | $554.06 | $2,246.60 | $238,768.95 |
| 114 | $238,768.95 | $548.90 | $2,251.77 | $236,517.18 |
| 115 | $236,517.18 | $543.72 | $2,256.94 | $234,260.24 |
| 116 | $234,260.24 | $538.53 | $2,262.13 | $231,998.11 |
| 117 | $231,998.11 | $533.33 | $2,267.33 | $229,730.78 |
| 118 | $229,730.78 | $528.12 | $2,272.54 | $227,458.23 |
| 119 | $227,458.23 | $522.90 | $2,277.77 | $225,180.47 |
| 120 | $225,180.47 | $517.66 | $2,283.00 | $222,897.46 |
| 121 | $222,897.46 | $512.41 | $2,288.25 | $220,609.21 |
| 122 | $220,609.21 | $507.15 | $2,293.51 | $218,315.70 |
| 123 | $218,315.70 | $501.88 | $2,298.79 | $216,016.91 |
| 124 | $216,016.91 | $496.59 | $2,304.07 | $213,712.84 |

| 125 | $213,712.84 | $491.30 | $2,309.37 | $211,403.47 |
| 126 | $211,403.47 | $485.99 | $2,314.68 | $209,088.80 |
| 127 | $209,088.80 | $480.67 | $2,320.00 | $206,768.80 |
| 128 | $206,768.80 | $475.33 | $2,325.33 | $204,443.47 |
| 129 | $204,443.47 | $469.99 | $2,330.68 | $202,112.79 |
| 130 | $202,112.79 | $464.63 | $2,336.03 | $199,776.76 |
| 131 | $199,776.76 | $459.26 | $2,341.40 | $197,435.36 |
| 132 | $197,435.36 | $453.88 | $2,346.79 | $195,088.57 |
| 133 | $195,088.57 | $448.48 | $2,352.18 | $192,736.39 |
| 134 | $192,736.39 | $443.08 | $2,357.59 | $190,378.80 |
| 135 | $190,378.80 | $437.66 | $2,363.01 | $188,015.79 |
| 136 | $188,015.79 | $432.22 | $2,368.44 | $185,647.35 |
| 137 | $185,647.35 | $426.78 | $2,373.89 | $183,273.46 |
| 138 | $183,273.46 | $421.32 | $2,379.34 | $180,894.12 |
| 139 | $180,894.12 | $415.85 | $2,384.81 | $178,509.31 |
| 140 | $178,509.31 | $410.37 | $2,390.30 | $176,119.01 |
| 141 | $176,119.01 | $404.87 | $2,395.79 | $173,723.22 |
| 142 | $173,723.22 | $399.37 | $2,401.30 | $171,321.92 |
| 143 | $171,321.92 | $393.85 | $2,406.82 | $168,915.11 |
| 144 | $168,915.11 | $388.31 | $2,412.35 | $166,502.75 |
| 145 | $166,502.75 | $382.77 | $2,417.90 | $164,084.86 |
| 146 | $164,084.86 | $377.21 | $2,423.46 | $161,661.40 |
| 147 | $161,661.40 | $371.64 | $2,429.03 | $159,232.38 |
| 148 | $159,232.38 | $366.05 | $2,434.61 | $156,797.77 |
| 149 | $156,797.77 | $360.46 | $2,440.21 | $154,357.56 |
| 150 | $154,357.56 | $354.85 | $2,445.82 | $151,911.74 |
| 151 | $151,911.74 | $349.23 | $2,451.44 | $149,460.30 |
| 152 | $149,460.30 | $343.59 | $2,457.08 | $147,003.23 |
| 153 | $147,003.23 | $337.94 | $2,462.72 | $144,540.50 |
| 154 | $144,540.50 | $332.28 | $2,468.39 | $142,072.12 |

| | | | |
|---|---|---|---|
| 155 | $142,072.12 | $326.61 | $2,474.06 | $139,598.06 |
| 156 | $139,598.06 | $320.92 | $2,479.75 | $137,118.31 |
| 157 | $137,118.31 | $315.22 | $2,485.45 | $134,632.86 |
| 158 | $134,632.86 | $309.50 | $2,491.16 | $132,141.70 |
| 159 | $132,141.70 | $303.78 | $2,496.89 | $129,644.81 |
| 160 | $129,644.81 | $298.04 | $2,502.63 | $127,142.19 |
| 161 | $127,142.19 | $292.28 | $2,508.38 | $124,633.81 |
| 162 | $124,633.81 | $286.52 | $2,514.15 | $122,119.66 |
| 163 | $122,119.66 | $280.74 | $2,519.93 | $119,599.73 |
| 164 | $119,599.73 | $274.94 | $2,525.72 | $117,074.01 |
| 165 | $117,074.01 | $269.14 | $2,531.53 | $114,542.48 |
| 166 | $114,542.48 | $263.32 | $2,537.35 | $112,005.14 |
| 167 | $112,005.14 | $257.49 | $2,543.18 | $109,461.96 |
| 168 | $109,461.96 | $251.64 | $2,549.03 | $106,912.93 |
| 169 | $106,912.93 | $245.78 | $2,554.89 | $104,358.04 |
| 170 | $104,358.04 | $239.91 | $2,560.76 | $101,797.29 |
| 171 | $101,797.29 | $234.02 | $2,566.65 | $99,230.64 |
| 172 | $99,230.64 | $228.12 | $2,572.55 | $96,658.09 |
| 173 | $96,658.09 | $222.20 | $2,578.46 | $94,079.63 |
| 174 | $94,079.63 | $216.28 | $2,584.39 | $91,495.24 |
| 175 | $91,495.24 | $210.34 | $2,590.33 | $88,904.92 |
| 176 | $88,904.92 | $204.38 | $2,596.28 | $86,308.63 |
| 177 | $86,308.63 | $198.41 | $2,602.25 | $83,706.38 |
| 178 | $83,706.38 | $192.43 | $2,608.23 | $81,098.14 |
| 179 | $81,098.14 | $186.43 | $2,614.23 | $78,483.91 |
| 180 | $78,483.91 | $180.42 | $2,620.24 | $75,863.67 |
| 181 | $75,863.67 | $174.40 | $2,626.26 | $73,237.41 |
| 182 | $73,237.41 | $168.36 | $2,632.30 | $70,605.11 |
| 183 | $70,605.11 | $162.31 | $2,638.35 | $67,966.75 |
| 184 | $67,966.75 | $156.25 | $2,644.42 | $65,322.34 |

| | | | |
|---|---|---|---|
| 185 | $65,322.34 | $150.17 | $2,650.50 | $62,671.84 |
| 186 | $62,671.84 | $144.07 | $2,656.59 | $60,015.25 |
| 187 | $60,015.25 | $137.97 | $2,662.70 | $57,352.55 |
| 188 | $57,352.55 | $131.85 | $2,668.82 | $54,683.73 |
| 189 | $54,683.73 | $125.71 | $2,674.95 | $52,008.78 |
| 190 | $52,008.78 | $119.56 | $2,681.10 | $49,327.68 |
| 191 | $49,327.68 | $113.40 | $2,687.27 | $46,640.41 |
| 192 | $46,640.41 | $107.22 | $2,693.44 | $43,946.96 |
| 193 | $43,946.96 | $101.03 | $2,699.64 | $41,247.33 |
| 194 | $41,247.33 | $94.82 | $2,705.84 | $38,541.49 |
| 195 | $38,541.49 | $88.60 | $2,712.06 | $35,829.42 |
| 196 | $35,829.42 | $82.37 | $2,718.30 | $33,111.13 |
| 197 | $33,111.13 | $76.12 | $2,724.55 | $30,386.58 |
| 198 | $30,386.58 | $69.85 | $2,730.81 | $27,655.77 |
| 199 | $27,655.77 | $63.58 | $2,737.09 | $24,918.68 |
| 200 | $24,918.68 | $57.28 | $2,743.38 | $22,175.30 |
| 201 | $22,175.30 | $50.98 | $2,749.69 | $19,425.61 |
| 202 | $19,425.61 | $44.66 | $2,756.01 | $16,669.61 |
| 203 | $16,669.61 | $38.32 | $2,762.34 | $13,907.26 |
| 204 | $13,907.26 | $31.97 | $2,768.69 | $11,138.57 |
| 205 | $11,138.57 | $25.61 | $2,775.06 | $8,363.51 |
| 206 | $8,363.51 | $19.23 | $2,781.44 | $5,582.07 |
| 207 | $5,582.07 | $12.83 | $2,787.83 | $2,794.24 |
| 208 | $2,794.24 | $6.42 | $2,794.24 | -$0.00 |

The weekly payment would be $2800.66

EXHIBIT 8


**MERRILL**
A BANK OF AMERICA COMPANY

Account number:

# Your Regular Checking - Advantage Relationship

**KENNETH E VIRGILE**

## Deposits and other additions

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 02/06/20 | BKOFAMERICA MOBILE 02/07 3676339908 DEPOSIT | *MOBILE | MA | 8,508.33 |

KENNETH E VIRGILE  |  Account #              |  February 1, 2020 to February 28, 2020

## Withdrawals and other subtractions

| Date | Description | Amount |
| --- | --- | --- |
| 02/10/20 | RETURN ITEM CHARGEBACK | -8,508.33 |

EXHIBIT 9

**Repayment of money intended for Coller International**

| | |
|---|---|
| Principal for Collier | $419,767.96 |
| Interest until repayment start date | $28,705.23 |
| Friend Lumber 11/29/2019 | $7,155.94 |
| Friend Lumber 12/13/2019 | $7,000.00 |
| Total amount to repay | $462,629.13 |
| Repayment start date | 12/19/2019 |
| Interest APR | 12.00% Compounded weekly on Fridays; APY will be about 12.73% |
| Daily interest rate | 0.032876071% (but compounding weekly, not daily) |

| Date | Starting Principal | Interest since previous row | Payment | New Principal | |
|---|---|---|---|---|---|
| 12/19/2019 | $462,629.13 | $302.35 | $2,900.00 | $459,829.13 | 2 days interest - now ending on a Friday |
| 12/20/2019 | $459,829.13 | $1,058.93 | | $460,131.48 | Year and balance (4 more days interest less $2700 payment on 12/31/2020) |
| 12/27/2019 | $460,131.48 | $1,063.37 | -$22,629.82 | $460,190.42 | $2700 payment received on 12/31/2020, but Friend Lumber charge ($13,426.35) posted on 1/2/2020 and Boston Beans charge ($11,903.46 posted on 1/2/2020) |
| 1/3/2020 | $460,190.42 | $1,115.89 | $100.00 | $485,697.50 | $2700 payment received on 12/31/2020, but Friend Lumber charge ($13,426.35) posted on 1/2/2020 and Boston Beans charge ($11,903.46 posted on 1/2/2020) |
| 1/10/2020 | $484,981.61 | $1,118.23 | | $485,697.50 | payment received on 1/7/2020 |
| 1/17/2020 | $485,697.50 | $1,120.80 | | $487,015.73 | |
| 1/24/2020 | $487,015.73 | $1,123.38 | | $488,136.53 | Credit card charges of $50029 (formerly Barry Brothers) posted Dec 29-30 2019 and payment of sameamount on 1/31/2020 |
| 1/31/2020 | $488,136.53 | $1,123.38 | $0.00 | $489,259.91 | Credit card charges of $50029 (formerly Barry Brothers) posted Dec 29-30 2019 and payment of sameamount on 1/31/2020 |
| 2/7/2020 | $488,259.91 | $1,125.97 | -$8,508.33 | $488,884.21 | Friend Lumber credit card charge (posted Feb 5, 2020) |
| 2/14/2020 | $489,259.91 | $1,141.14 | | $500,042.35 | |
| 2/21/2020 | $498,894.21 | $1,150.78 | -$6,000.00 | $501,193.13 | |
| 2/28/2020 | $500,042.35 | $1,153.43 | | $502,346.56 | |
| 3/6/2020 | $501,193.13 | $1,153.63 | | $509,502.65 | |
| 3/13/2020 | $502,346.56 | $1,156.09 | | $510,675.20 | Jet-n-away charge posted on 3/11/2020 |
| 3/20/2020 | $506,502.65 | $1,172.55 | | $511,850.46 | |
| 3/27/2020 | $510,675.20 | $1,175.25 | | $513,028.41 | |
| 4/3/2020 | $511,850.46 | $1,177.96 | | $514,209.08 | |
| 4/10/2020 | $513,028.41 | $1,180.67 | | $515,095.47 | Credit for painting done on 4/9/2020 |
| 4/17/2020 | $514,209.08 | $1,183.39 | $297.00 | $516,280.89 | |
| 4/24/2020 | $515,095.47 | $1,185.43 | | $517,469.63 | |
| 5/1/2020 | $516,280.89 | $1,188.15 | | $518,659.93 | |
| 5/8/2020 | $517,469.63 | $1,190.89 | | $519,853.56 | |
| 5/15/2020 | $518,659.93 | $1,193.63 | | $521,049.94 | |
| 5/22/2020 | $519,853.56 | $1,196.38 | | $522,249.07 | |
| 5/29/2020 | $521,049.94 | $1,199.13 | | $523,450.95 | |
| 6/5/2020 | $522,249.07 | $1,201.89 | | $524,655.61 | |
| 6/12/2020 | $523,450.95 | $1,204.65 | | $525,863.03 | |
| 6/19/2020 | $524,655.61 | $1,207.43 | | $527,073.24 | |
| 6/26/2020 | $525,863.03 | $1,210.21 | | $528,286.23 | |
| 7/3/2020 | $527,073.24 | $1,212.99 | | $529,502.01 | |
| 7/10/2020 | $528,286.23 | $1,215.78 | | $530,720.59 | |
| 7/17/2020 | $529,502.01 | $1,216.58 | $5,000.00 | $528,541.98 | Payment processed on 7/16/2020 and completed on 7/17/2020 |
| 7/24/2020 | $530,720.59 | $1,221.38 | | $528,154.67 | |
| 7/31/2020 | $528,541.98 | $1,212.69 | | $529,370.14 | |
| 8/7/2020 | $528,154.67 | $1,215.48 | $5,000.00 | $525,588.42 | Cashier's check received on 8/5/2020 |
| 8/14/2020 | $529,370.14 | $1,218.28 | | $526,797.99 | |
| 8/21/2020 | $525,588.42 | $1,218.14 | | $528,010.35 | |
| 8/28/2020 | $528,797.99 | $1,212.36 | $2,501.00 | $529,225.50 | Rcvd $2500 on 8/29 and $1 (to V Consulting acct) on 8/31 |
| 9/4/2020 | $528,010.35 | $1,215.15 | | $527,942.44 | |
| 9/11/2020 | $529,225.50 | $1,215.94 | | $529,157.43 | |
| 9/18/2020 | $527,942.44 | $1,214.99 | | $530,375.22 | |
| 9/25/2020 | $529,157.43 | $1,217.79 | | $531,595.81 | |
| 10/2/2020 | $530,375.22 | $1,220.59 | $2,500.00 | $531,819.21 | Rcvd $2500 on 10/3 to V Consulting acct |
| 10/9/2020 | $531,595.81 | $1,223.40 | | $531,945.42 | |
| 10/16/2020 | $531,819.21 | $1,223.28 | | $532,768.70 | |

| Date | Balance | Interest | Deposit | New Balance | Notes |
|---|---|---|---|---|---|
| 10/23/2020 | $532,768.70 | $1,226.10 | $2,500.00 | $531,494.80 | Rcvd $2500 on 10/17 to V Consulting acct |
| 10/30/2020 | $531,494.80 | $1,223.17 | | $532,717.97 | |
| 11/6/2020 | $532,717.97 | $1,225.98 | | $533,943.95 | |
| 11/13/2020 | $533,943.95 | $1,228.80 | | $535,172.75 | |
| 11/20/2020 | $535,172.75 | $1,231.63 | | $536,404.38 | |
| 11/27/2020 | $536,404.38 | $1,234.46 | | $537,638.85 | |
| 12/4/2020 | $537,638.85 | $1,237.31 | | $538,876.15 | |
| 12/11/2020 | $538,876.15 | $1,240.15 | | $540,116.31 | During this week I was informed that Cliff would be filing for bankruptcy |
| 12/18/2020 | $540,116.15 | $1,243.01 | | $541,359.31 | |
| 12/25/2020 | $541,359.31 | $1,245.87 | | $542,605.18 | |
| 1/1/2021 | $542,605.18 | $1,248.74 | | $543,853.92 | |
| 1/8/2021 | $543,853.92 | $1,251.61 | | $545,105.53 | |
| 1/15/2021 | $545,105.53 | $1,254.49 | | $546,360.02 | |
| 1/22/2021 | $546,360.02 | $1,257.38 | | $547,617.39 | |
| 1/29/2021 | $547,617.39 | $1,260.27 | | $548,877.66 | |
| 2/5/2021 | $548,877.66 | $1,263.17 | | $550,140.83 | |
| 2/12/2021 | $550,140.83 | $1,266.08 | | $551,406.91 | |
| 2/19/2021 | $551,406.91 | $1,268.99 | | $552,675.90 | |
| 2/26/2021 | $552,675.90 | $1,271.91 | $100.00 | $553,847.81 | BillPay automatic eChecks started this week. $100 recieved on 2/23/2021 |
| 3/5/2021 | $553,847.81 | $1,274.61 | $200.00 | $554,922.42 | eChecks received on 3/1/2021 and 3/5/2021 |
| 3/12/2021 | $554,922.42 | $1,277.08 | | $556,199.50 | |
| 3/19/2021 | $556,199.50 | $1,280.02 | | $557,479.52 | |
| 3/26/2021 | $557,479.52 | $1,282.97 | | $558,762.49 | |
| 4/2/2021 | $558,762.49 | $1,285.92 | | $560,048.41 | |

EXHIBIT 10

9/14/21, 10:12 AM                        Bank of America | Online Banking | Transfer Funds | Request Money

**Showing:** Transfers and/or money requests based on your filter selections.                    Change filter options >|

## Transfer and Request Activity

1 - 14 of 14 | First Previous Next Last

| Date | Status | Description | From/Requested From | To | Amount |
|------|--------|-------------|---------------------|-----|--------|
| 09/12/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 09/04/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 08/18/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 08/06/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 07/14/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 07/07/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 06/29/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 06/22/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 06/17/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $200.00 |
| 04/30/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $100.00 |
| 04/23/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $100.00 |
| 04/17/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $100.00 |
| 04/13/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $100.00 |
| 04/03/2021 | Completed | Incoming Transfer | STEPHEN COLE | Business Advantage Sav - 2604 | $100.00 |

Share Your Feedback

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re                                              Case No. 21-10465

                                                   Chapter: Boston

        Debtor(s): Stephen D. Cole, Jr.

### CERTIFICATE OF SERVICE

I, Kenneth Virgile, hereby certify that on September 15, 2021, I mailed a true and
complete copy of Adversary Proceeding Complaint and Adversary Proceeding Cover
Sheet via United States Postal Service first class mail, with adequate postage prepaid,
addressed to the following parties below:

                              *Kenneth E. Virgile*

                              23 Edgewood Road
                              Lexington MA  02420
                              (781) 572-7181


(List name and mailing address of each person using additional pages if necessary:)

Marques C Lipton, Esq., Lipton Law Group, LLC
945 Concord Street
Framingham, MA 01701